UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/24/2020

ROBERS COSTILLA MATTO et al., *individually and on behalf of all others similarly situated*,

                      Plaintiffs,

    -v-

OUREM IRON WORKS, INC. and ARTHUR VIEIRA, SR.,

                      Defendants.

-----------------------------------------------------------------------X

20-CV-1868 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

      The Court has been notified that the parties have reached an agreement on all issues. The parties shall file a letter with this court by December 22, 2020, advising the Court whether the parties have or will enter into a settlement agreement. If there is a proposed or finalized settlement agreement in this case, the letter should also be accompanied by (1) the settlement agreement and (2) a joint letter with supporting evidence indicating that the agreement is fair and reasonable. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015); *Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335–36 (S.D.N.Y. 2012) (specifying the factors district courts have analyzed to determine whether a proposed settlement is fair and reasonable).

      SO ORDERED.

Dated: November 24, 2020
       New York, New York

                                           JOHN P. CRONAN
                                           United States District Judge