```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/2/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                                                                      :
ROBERS COSTILLA MATTO et al., *individually and on*                   :
*behalf of all others similarly situated*,                            :
                                                                      :
                              Plaintiffs,                             :   20-CV-1868 (JPC)
                                                                      :
              -v-                                                     :   ORDER
                                                                      :
OUREM IRON WORKS, INC. and ARTHUR VIEIRA,                             :
SR.,                                                                  :
                                                                      :
                              Defendants.                             :
                                                                      :
----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    The Initial Pretrial Conference scheduled for December 8, 2020, at 11:00 a.m. is hereby adjourned *sine die*.

    SO ORDERED.

Dated: December 2, 2020
       New York, New York                                    JOHN P. CRONAN
                                                                          United States District Judge