UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
    :
ROBERS COSTILLA MATTO et al., *individually and on*  :
*behalf of all others similarly situated*,    :
    :
    Plaintiffs,    :    20-CV-1868 (JPC)
    :
    -v-    :    ORDER
    :
OUREM IRON WORKS, INC. and ARTHUR VIEIRA,  :
SR.,    :
    :
    Defendants.    :
    :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On November 24, 2020, the Court ordered the parties to submit a joint letter updating the Court on the status of the case by December 22, 2020. (Dkt. 22). The Court further ordered that if there is a finalized settlement agreement, the parties should file the settlement agreement with a joint letter describing why the settlement is fair and reasonable under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015). The parties failed to submit this letter to the Court. Within one week of the filing of this Order, it is hereby ORDERED that either (1) the parties must file on ECF the joint letter described in Dkt. 22 or (2) each party must submit a letter, of no more than five pages, showing cause why sanctions should not be imposed in light of the parties' failure to comply with the Court's Order of November 24, 2020.

SO ORDERED.

Dated: January 12, 2021
       New York, New York

                                            JOHN P. CRONAN
                                            United States District Judge